

# THE THIRTEENTH COURT OF APPEALS

---

13-16-00358-CV

---

Ericelda Chavez, Individually and as Representative of the Estate of Rafael Chavez, Sr., Deceased, et al.

v.

William R. Edwards, The Edwards Law Firm and Jo Emma Arechiga

---

On appeal from the
28th District Court of Nueces County, Texas
Trial Cause No. 2013-DCV-2831-A

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 29, 2016.